# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

| COURT'S CERTIFICATE OF MAILING | Case Number<br>11-42846 - D - 7 |
|---|---|
| In re<br>Phillip David Austin<br>Debtor(s). | **FILED**<br>**9/28/11**<br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>jlns |

The deputy clerk of U.S. Bankruptcy Court for the Eastern District of California whose name appears below hereby certifies that copies of the

[10] - Order to Set Hearing Re: [5] Motion/Application for Waiver of the Chapter 7 Filing Fee or Other Fee (jlns)

were sent today by regular, first class United States mail to the following persons/entities:

Phillip David Austin
6131 Dry Creek Road
Rio Linda, CA 95673

Douglas M. Whatley
PO Box 538
Folsom, CA 95763-0538

Dated:  9/28/11

FOR THE COURT
Wayne Blackwelder Clerk,
BY: jlns , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814
(916) 930-4400